-DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOEL PANTOJA, SR.,**
Appellant,

v.

**KIMBERLY HEATHER ROSSI,**
Appellee.

No. 4D2025-1065

[October 9, 2025]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kristin R. Kanner, Judge; L.T. Case No. DVCE19-6927.

Noel Pantoja, Sr., Weston, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***